The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTON CALUORI,<br><br>Defendant. | CASE NO. CR12-255MJP<br><br>**ORDER CONTINUING TRIAL DATE** |

THE COURT, having considered the United States' Motion In Limine Re: Expert Testimony, Dkt. #139, the respective positions of the parties during the pretrial conference held on October 10, 2014, and all the files and records herein, finds as follows:

1.   The facts and circumstances are as set forth in the United States' Motion In Limine;

2.   This Order incorporates the Court's oral findings set forth during the pretrial conference held on October 10, 2014;

3.   Failure to grant a continuance in this case will deny counsel the reasonable time necessary for effective preparation of trial, taking into account the exercise of due diligence;

ORDER - 1
U.S. v. CALUORI/CR12-255MJP

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

4. Failure to grant a continuance would likely result in a miscarriage of justice;

5. The ends of justice served by granting this continuance outweigh the best interest of the public and the defendants in a speedy trial;

6. All these findings are made within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(i),(ii) and (iv);

7. The period of time from the date of this order until the new trial date, set forth below, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

IT IS THEREFORE ORDERED that:

The trial date in this matter is continued to December 8, 2014.

DONE this 22nd day of October, 2014.

_____
Marsha J. Pechman
United States District Judge

ORDER - 2
U.S. v. CALUORI/CR12-255MJP