Chief Judge Marsha J. Pechman

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

ANTON CALUORI,

Defendant.

NO. CR12-255MJP

**ORDER GRANTING
GOVERNMENT'S MOTION TO
EXAMINE THE DEFENDANT**

The Court, having considered the Government's Motion to Examine the Defendant, and the response thereto, hereby GRANTS the Motion and ORDERS as follows:

1. Defendant shall submit to an examination by the Government's expert witness, Dr. Christina Pietz;

2. The parties shall confer to schedule the examination promptly;

3. A single defense attorney may be present throughout the examination;

4. The examination will be limited to whatever inquiries are necessary to confirm or contradict the presence and extent of the mental health conditions raised by the defense;

Order/Caluori. - 1
No. CR12-255MJP

5.  The Government is not required to identify in advance the precise tests and inquires that Dr. Pietz will conduct, although they must be appropriate to accomplish the purpose of the examination as described above;

6. Defendant must answer all questions posed by Dr. Pietz, including questions relating to the facts of the case and Defendant's alleged criminal conduct; and

7. Any disputes about the admissibility of statements or other information obtained during the examination shall be raised and litigated after the examination.

8. Written report from the expert must be distributed to the defense three business days from the date of the examination.


IT IS SO ORDERED.


DATED this 14th day of November, 2014.




Marsha J. Pechman
United States District Judge






Presented By:

s/ Thomas M. Woods
THOMAS M. WOODS
Assistant United States Attorney

s/ Steven T. Masada
STEVEN T. MASADA
Assistant United States Attorney

Order/Caluori. - 2
No. CR12-255MJP

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970